**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 06-cv-01904-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 1, 2007 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| WESLEY R. BROWN, | Pro se |
| **Plaintiff,** | |
| v. | |
| GIGI DENNIS, Secretary of State, *et al.*, | Maurice G. Knaizer |
| | John E. Bush, Jr. |
| **Defendants.** | Kirsten Crawford |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:**   2:30 p.m.
Court calls case.  Appearances of defense counsel and pro se plaintiff.

The parties discuss the status of the case with the Court.

**ORDERED:**   The Motion for Leave to Amend Complaint Under F.R.C.P. 15(a) [filed November 28, 2006; doc. 12] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   The Motion for Extension of Time to Reply D.C.COLO.LCivR 6.1 [filed December 22, 2006; doc. 14] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   The Motion for the Appointment of Counsel 28 U.S.C. § 1915 (d) [filed February 12, 2007; doc. 24] is denied without prejudice for the reasons stated on the record.

**ORDERED:**   Status Conference with Magistrate Judge Shaffer set for June 1, 2007 at 10:00 a.m.

HEARING CONCLUDED.

**Court in Recess:**   3:26 p.m.
Total In-Court Time:   00:56